IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DONNA M. RAINES,

          Plaintiff,

v.                                                              CIVIL ACTION NO.   3:21-0045

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny the Claimant's Motion for Judgment on the Pleadings (ECF No. 15), grant the Defendant's request to affirm the decision of the Commissioner (ECF No. 17), affirm the final decision of the Commissioner, and dismiss this matter from this Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the Claimant's Motion for Judgment on the Pleadings (ECF No. 15), **GRANTS** the Defendant's request to affirm the decision of the Commissioner (ECF No. 17, **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from this Court's docket, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 17, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE